Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenyatta Everett–Denroy Fogg–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fogg–El v. McKoy*, No. 5:14–ct–03053–FL (E.D.N.C. Aug. 15, 2014). We deny as unnecessary Fogg–El's motion for a certificate of appealability, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

**No. 14–7370.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 19, 2014.

Owaiian M. Jones, Appellant Pro Se.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owaiian M. Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice. Because Jones may amend his complaint to cure the defects identified by the district court, the dismissal order is interlocutory and not appealable. *See Chao v. Rivendell Woods, Inc.*, 415 F.3d 342, 345 (4th Cir.2005); *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*

**Owaiian M. JONES, Plaintiff–Appellant,**

v.

**PRESIDENT OF UNITED STATES of America; Commonwealth of Virginia; Supreme Court of Virginia; Commonwealth Attorneys of VA.; Rappahanock Regional Jail; Roanoke City Jail; Joseph Hicks, Current Supervisor; Timothy Allen, Sheriff; Octavia Johnson, Former Sheriff, Defendants–Appellees.**

